### 23007. UNIVERSALIST CONVENTION v. GUEST.

SUTTON, J. In a suit on notes secured by a loan deed to certain realty, where the defendant answers pleading payment, and prays that the notes and the loan deed be cancelled, the action at law is converted into a proceeding seeking affirmative equitable relief; and where a verdict is obtained in favor of the defendant, recommending cancellation of the notes and the loan deed, and a decree is entered ordering the cancellation thereof, and the plaintiff moves for a new trial upon the general grounds, and the motion is overruled, and it excepts, the Supreme Court and not this court, has jurisdiction of the writ of error. *Peebles* v. *Windham*, 46 *Ga. App.* 285 (167 S. E. 550); s. c. 177 *Ga.* 741.

*Transferred to the Supreme Court. Jenkins, P. J., and Stephens, J., concur.*

DECIDED OCTOBER 20, 1933.

*Albert E. Mayer, Conyers & Gowen,* for plaintiff.
*J. T. Powell, Krauss & Strong,* for defendant.